**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700



FILED
JUL 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE AFFIDAVIT AND CRIMINAL COMPLAINTS RE: <br><br> MATTHEW LUKE GILLUM and <br><br> JOLENE CHAN | 2:13-MJ-0222 KJN <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: July 23, 2013

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE