FILED
July 24, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:13-mj-00222-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JOLENE CHAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jolene Chan; Case 2:13-mj-00222-KJN from custody and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of $50,000.00, co-signed by Nirun Thondpet

___  Appearance Bond with 10% Deposit

___  Appearance Bond secured by Real Property

___  Corporate Surety Bail Bond

_X_  (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on  7/24/2013  at  2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge