```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-MJ-0222-KJN |
|---|---|
| | ) 2:13-MJ-0223-KJN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING |
| | ) DATE |
| MATTHEW LUKE GILLUM and | ) |
| JOLENE CHAN, | ) |
| | ) Judge: Hon. Allison Claire |
| | ) |
| Defendants. | ) |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. At the defendants' initial appearance on July 24, 2013, this matter was set for a Preliminary Hearing on August 8, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until August 15, 2013, at 2:00 p.m.

///

///

///

Stipulation to Continue             1           United States v. Gillum et al.

**IT IS SO STIPULATED.**

DATED: July 30, 2013          /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: July 30, 2013          /s/ Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for Matthew Gillum
                              (as authorized on July 25, 2013)

DATED: July 30, 2013          /s/ Michael L. Chastaine
                              MICHAEL L. CHASTAINE
                              Attorney for Jolene Chan
                              (as authorized on July 27, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED, this 30th day of July, 2013.

_____
Hon. Allison Claire
United States Magistrate Judge