BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-0222-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| JOLENE CHAN, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Preliminary Hearing on December 13, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 31, 2014, at 2:00 p.m.
3. This is the fifth request to move the defendant's preliminary hearing.

///

Stipulation to Continue          1                United States v. Chan

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
5. The defendant is presently out of custody and subject to the supervision of a Pretrial Services Officer.
6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED**.

DATED: December 12, 2013          /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: December 12, 2013          /s/ Michael L. Chastaine
                                 MICHAEL L. CHASTAINE
                                 Attorney for Jolene Chan
                                 (as authorized on December 12, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED, this _12th_ day of December, 2013. Absent a showing of exceptional circumstances, however, the Court will not entertain further requests to continue the preliminary examination.

Dated:  December 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE